UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WAYNE RODERICK                  :

    vs
                                  :                CASE NO. 3:08CV215(CFD)

AFNI INC.                       :

## JUDGMENT

Counsel of record having reported to the court on April 30, 2008 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, June 3, 2008.

ROBIN D. TABORA, CLERK

By /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk